

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CASA PALMIRA, L.P., | § | No. 08-18-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| TAYLOR CHILD CARE, L.P. A/K/A | § | of El Paso County, Texas |
| TAYLOR CHILE CARE, LIMITED, AND MICHAEL W. HICKS, | § | (TC# 2015DCV1729) |
| Appellees. | § | |
| | § | |

**ORDER**

Pending before the Court is Appellees' unopposed motion to abate the appeal for ninety days in order for the trial court to enter findings of fact and conclusions of law. According to the motion, it is necessary for Appellees' counsel to review the reporter's record before submitting proposed findings and conclusions to the trial court. The reporter's record is currently due to be filed on April 20, 2018. The motion is GRANTED.

The trial court is directed to file written findings of fact and conclusions of law with the El Paso District Clerk on or before May 24, 2018. The El Paso District Clerk is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before June 3, 2018. The appeal will be reinstated by order of the

1

Court after the supplemental clerk's record is filed. Appellant's brief will be due no later than 30 days after the date the appeal is reinstated. In the event the findings and conclusions cannot be filed by the deadline set forth above, Appellees shall file a motion with the Court requesting an extension of the abatement. The motion must include the facts relied on to reasonably explain the need for the extension. *See* TEX.R.APP.P. 10.5(a)(1).

IT IS SO ORDERED this 23rd day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.